IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Laura Ramos, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-09-2920 |
| | § | |
| Paul Law Offices, | § | |
| | § | |
| Defendant. | § | |

**MEMORANDUM AND ORDER**

The plaintiff, Laura Ramos, has filed a motion for entry of default and for default judgment against the defendant, the Paul Law Offices. The defendant has been served but has failed to answer the complaint as required by Rule 12, Fed. R. Civ. P., making entry of default proper.

Laura Ramos has filed an affidavit in support of her claim for statutory damages and attorney's fees. Laura Ramos has also sent the defendant notice of the motion for entry of default and default judgment. Further notice to the defendant and further hearings are not necessary. Rule 55(b)(2), Fed. R. Civ. P.

Laura Ramos has established her entitlement to default judgment against the Paul Law Offices, in the amount of $1,000,00 in statutory damages, $2,287.00 in reasonable attorney's fees, and $425.00 in costs, as well as postjudgment interest at the rate of 0.35% per annum.

The motion for entry of default grant of default judgment is granted.

SIGNED on February 19, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge