IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Laura Ramos, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-09-2920 |
| | § | |
| Paul Law Offices, | § | |
| | § | |
| Defendant. | § | |

**FINAL DEFAULT JUDGMENT**

In accordance with the entry of default and grant of default judgment, it is ordered that the plaintiff Laura Ramos recover from defendant the Paul Law Offices, as follows:

    a.    statutory damages in the amount of $1,000.00

    b.    reasonable attorney's fees in the amount of $2,287.00

    c.    postjudgment interest at the contractual interest rate of 0.35% per annum.

This is a final judgment.

SIGNED on February 19, 2010, at Houston, Texas.

                                                                                       Lee H. Rosenthal
                                                                United States District Judge